United States District Court
Southern District of Texas
**ENTERED**
May 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| DANIEL QUINONES, individually and on behalf of all others similarly situated, Plaintiff, v. ANGEL BROTHERS ENTERPRISES, LTD. Defendant. | § § § § § § § § CIVIL ACTION NO. H-19-0614 |

## ORDER

On May 17, 2021, named Plaintiff Daniel Quinones and the opt-in Plaintiffs and Defendant Angel Brothers Enterprises, Ltd., filed their Joint Stipulation of Dismissal with Prejudice (docket no. 25) asserting that the parties have settled all disputes and that all claims and defenses asserted by either party are dismissed with prejudice. Accordingly, this Court accepts the stipulation and this action is hereby DISMISSED with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 17th day of May, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE